UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MAIMI DIVISION

**Civil Action Number:  15-cv-22450-UU**

BARRY BRANDT

    Plaintiff,

vs.

MIAMI DADE COUNTY,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, BARRY BRANDT, by and through undersigned counsel, hereby provides notice that the parties have reached a settlement through the mediation process. Terms of joint stipulation of dismissal on settlement shall include that the court will retain jurisdiction, in compliance with Angano Franchising, Inc. v. Shaz, LLC,. 677 F.3d 1272 (11th Cir. 2012)

Respectfully submitted on this 14th day of December, 2015.

*s/ Scott R. Dinin*
Scott R. Dinin
SCOTT R. DININ P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (786) 431-1333
Facsimile: (786) 513-7700
Email: inbox@dininlaw.com
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2015.  The foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Shanika Graves
Office of the Miami-Dade County Attorney
111 NW 1st St. Suite 2810
Miami, Florida 33128
Telephone: (305) 375-5706
Fax: (305) 375-5611
Email: sgraves@miamidade.gov
*Attorneys for Defendant*

*s/ Scott R. Dinin*