UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-22450-UU

BARRY BRANDT,

    Plaintiff,

v.

MIAMI-DADE COUNTY,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court upon Stipulation of Dismissal with Prejudice. D.E. 32.

THIS COURT has reviewed the Stipulation, the pertinent portions of the record, and being otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED and ADJUDGED that pursuant to Fed. R. Civ. P. 42, Defendant is DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this _9th_ day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf